UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re:<br>    STONBRAKER, NATHAN P.<br>    STONBRAKER, JAMIE R.<br>                    Debtors<br><br>TAMERA OCHS ROTHSCHILD<br>                    Movant<br>        v.<br>STONBRAKER, NATHAN P.<br>STONBRAKER, JAMIE R.<br>                    Respondents | Case No.    12-11091-TPA<br>Chapter 7<br><br>Document #<br>Related Document #<br><br>Hearing Date and Time: September 12, 2013 at 11:00 a.m.<br><br>Objection Date: August 29, 2013 |

_____

**JOINT MOTION TO TERMINATE EMPLOYMENT OF PAUL J. GIUFFRE
AS ATTORNEY FOR THE TRUSTEE AND PRESERVE FEE AND COST CLAIMS**
_____

NOW COMES, Tamera Ochs Rothschild, Trustee of the above-captioned case, and Paul J. Giuffre , Esq. who apply to the Court for authority to terminate employment and preserve fee and cost claims, and who in support states as follows:

1. On 07/31/12, an order for relief under Chapter 7 of the Bankruptcy Code was entered in this case.

2. The undersigned is the qualified and acting trustee in this case.

3. Paul J. Giuffre of Sheerer Law, P. C. was employed at Document No. 28.

4. Debtors terminated their representation and association with Paul J. Giuffre in connection with the complaint filed in Jefferson County, Pennsylvania at 175-2011-CD, In Re: Jamie Stonbraker and Nathan Stonbraker, her husband, Plaintiffs vs. Marie Ann Wetzel and Phillip J. States.  See Exhibits A and B attached hereto.

5. Debtors have employed Troy M. Frederick of Marcus & Mack, PC represent them in this matter and a motion to employ him is being filed

herewith.

6. Attorney Frederick and his firm have agreed to honor the previous fee Agreement Attorney Giuffre had with the Debtors and are agreeable to apportioning Mr. Giuffre ten percent (10%) of any gross fee recovered and to protect his costs after the action is resolved.

7. Trustee will have no objection to a claim for Mr. Giuffre for ten percent (10%) of any gross fee recovered plus costs in the amount of $8,037.18. The costs are itemized and attached hereto as Exhibit C.

8. Attorney Giuffre's signature hereto constitutes consent to these terms.

9. No fees shall be paid to said attorney or firm except upon proper application to and approval by the Court.

**WHEREFORE**, the trustee and Paul J. Giuffre request an Order terminating the employment of Paul J. Giuffre and his firm in accordance with the terms and provisions of this application and allowing ten percent (10%) of any gross fee recovered to be paid to him from settlement proceeds, and allowing a claim for his costs advanced in the amount of $8,037.18.

The trustee does not intend to file a brief in connection with this application, but reserves the right to file a responsive brief, if necessary.

Dated:

/s/ Tamera Ochs Rothschild
Tamera Ochs Rothschild, Esquire
PA Atty. I.D. No.50466
318 West Spring St.
Titusville, PA 16354
PHONE: (814) 827-2760
FAX: (814) 827-2840
tammyrothschild@excite.com

/s/Paul J. Giuffre
Paul J. Giuffre, Esq.
PA Atty. I.D. No 58778
1000 Main St.
Pittsburgh, PA 15215
PHONE: (412) 781-3100
FAX: (412) 781-0399
paul.pjglaw@gmail.com